1  John Tehranian (Bar No. 211616)
   jtehranian@onellp.com
2  Chris Skinner (Bar No. 342830)
   cskinner@onellp.com
3  Alec Schulman (Bar No. 336491)
   aschulman@onellp.com
4  **ONE LLP**
   23 Corporate Plaza Drive
5  Suite 150-105
   Newport Beach, CA 92660
6  Telephone:  (949) 502-2870
   Facsimile:   (949) 258-5081
7
   *Attorneys for Plaintiff,*
8  Scott Hargis, d/b/a/ Scott Hargis Photo

9            **UNITED STATES DISTRICT COURT**

10           **CENTRAL DISTRICT OF CALIFORNIA**

11                    **WESTERN DIVISION**

| | |
|---|---|
| SCOTT HARGIS, d/b/a SCOTT HARGIS PHOTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICA SENIOR LIVING MANAGEMENT LLC, a California limited liability company, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-06989<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br>**(17 U.S.C. § 501)**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Plaintiff Scott Hargis, d/b/a Scott Hargis Photo, complains against Pacifica Senior Living Management LLC and DOES 1 through 10 (collectively, "Defendants") as follows:

## JURISDICTION AND VENUE

1. This is an action for damages and injunctive relief against Defendants for, *inter alia*, willful, direct, contributory, and vicarious copyright infringement in violation of the Copyright Act of the United States, 17 U.S.C. §§ 101, *et seq.*

2. This Court has subject matter jurisdiction over this copyright infringement action pursuant to 28 U.S.C. § 1331, 17 U.S.C. § 501(a) and 28 U.S.C. § 1338(a).

3. Venue is proper in this Judicial District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District. Pacifica Senior Living Management LLC is subject to the general and specific personal jurisdiction of this Court because of its contacts with the state of California. Specifically, on information and belief, it owns and operates 48 senior living in California, with its principal place of business in San Diego, California. Six of the seven senior living communities to which the photographs serving as the subject matter of this dispute pertain are also located in the state of California, specifically in the cities of Fresno, Sun City, Encinitas, Chula Vista, Rancho Penasquitos and Burlingame. The seventh community is in Sterling, Virginia.

## PARTIES

4. Plaintiff Scott Hargis, d/b/a Scott Hargis Photo, ("Plaintiff" or "Hargis") is an individual residing in Oakland, California.

5. On information and belief, Defendant Pacifica Senior Living Management LLC ("Pacifica") is a limited liability company existing under the laws of the state of California with its principal place of business at 1775 Hancock Street

2

**COMPLAINT**

1  Suite 200, San Diego, CA 92110.

2      6.    DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained. Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

## STATEMENT OF FACTS

### *Plaintiff and the Photographs Forming the Subject Matter of This Dispute*

    7.    Scott William Hargis is a widely recognized architectural photographer based in the San Francisco Bay area. Hargis' photographs have appeared in numerous publications including *This Old House*, *Luxe Magazine*, *Dwell*, *The New York Times*, *The Wall Street Journal*, *Oakland Magazine*, *San Francisco Magazine*, *Diablo Magazine*, *Better Homes & Gardens, The San Francisco Chronicle*, and *The Los Angeles Times*.

    8.    Hargis is sought after by architectural and design firms around the world, including Woods Bagot, Gensler, Handel, SOM, and many others.

    9.    He is the author of the acclaimed book "The Essential Guide To Lighting Interiors," and frequently travels throughout North America and the world on assignment. A member of the International Association of Architectural Photographers, Hargis shares his expertise with students at workshops throughout North America, Europe, Australia, and the Middle East.

    10.    Hargis is the photographer who authored a compelling series of 43 photographs depicting the Fresno, Sun City, Encinitas, Chula Vista, Rancho Penasquitos, Burlingame and Sterling locations of the Pacifica communities. These 43 photographs serve as the subject matter of this dispute and will hereinafter be referred to collectively as "Photos," true and correct copies of which are attached as

Exhibit A. Each individual Photo was registered timely with the United States Copyright Office on or around February 20, 2019, under registration number VA 2-140-916. As the author of the Photos, Hargis enjoys, among other things, the exclusive right to publicly display, reproduce, and distribute said Photos.

### *Pacifica and Its Infringing Conduct*

11. Pacifica is a provider of independent living, assisted living, memory care and respite care services for seniors in California, Washington, Oregon, Idaho, Nevada, Utah, Arizona, New Mexico, Texas, Virginia, Rhode Island, North Carolina, South Carolina, and Florida. According to its website, "Pacifica ranks in the top 20 of the largest providers of senior living nationwide."

12. On information and belief, Pacifica owns, operates, and/or controls multiple senior living communities in the United States, including the senior living communities in the cities of Fresno, Sun City, Encinitas, Chula Vista, San Diego, Burlingame and Sterling and owns, operates, and/or controls the websites advertising and promoting said communities, which are located at the URLs https://www.pacificaseniorlivingfresno.com, https://www.pacificamenifee.com, https://www.pacificaencinitas.com, https://www.pacificaseniorlivingburlingame.com, https://www.pacificabonita.com, https://www.pacificaranchopenasquitos.com, and https://www.pacificaseniorlivingsterling.com (collectively, the "Pacifica Websites").

13. Pacifica has—without consent or license—reproduced, distributed, and publicly displayed the Photos on the Pacifica Websites for blatantly commercial purposes.

14. Pacifica has exploited the Photos—which depict the Fresno, Sun City, Encinitas, Chula Vista, San Diego, Burlingame and Sterling locations of the Pacifica communities in an idyllic and picturesque light—to entice prospective senior living residents and their families to choose Pacifica over competitor senior living

communities. Attached hereto as Exhibit B are true and correct screencaptures evidencing Pacifica's unauthorized commercial exploitation of the Photos. As these screencaptures demonstrate, Pacifica has used the Photos to attract website visitors to, among other things, "schedule a tour" of various Pacifica locations and "connect with [Pacifica's] friendly team today," thereby making its use thereof unmistakably commercial.

15. Pacifica's acts of infringement are willful because, *inter alia*, it is a sophisticated for-profit business with full knowledge of the strictures of federal copyright law and the basic requirements for licensing copyrighted content for commercial exploitation. In fact, and among other things, as the owner of various copyrights and trademarks, Pacifica actively polices and vigorously protects its own intellectual property rights from infringement, as demonstrated by the '©' copyright notice featured at the bottom of its website.

16. Moreover, and most notably, despite repeated notice by representatives of Plaintiff to Pacifica of its acts of infringement, many of the Photos remained featured on Pacifica's Websites following the provision of such specific notice. As such, Pacifica's infringing conduct is unmistakably willful.

17. Specifically, on or around April 1, 2021, Plaintiff's representative emailed Pacifica notifying it of Hargis' copyrights in 16 of the 43 Photos featuring the Fresno and Sun City locations (hereinafter, the "First Set") and the infringing nature of Pacific's unauthorized use of the First Set. Despite subsequent communications with Pacifica from Plaintiff's representatives that reiterated the infringing nature of Pacifica's conduct, detailed specific rebuttals to Pacifica's claimed defenses and provided additional documentation to substantiate the meritorious basis for Plaintiff's infringement claim, Pacifica continued to feature the First Set on its website, without license or consent.

18. Indeed, it was not until April 26, 2021, that Pacifica claimed that it had finally taken down the First Set. Unfortunately—and to make matters even worse—

1  this was a misrepresentation.  Plaintiff's representative reached out once again to
2  Pacifica to inform them that the infringements were still live and even pointed
3  Pacifica to specific links showing the on-going infringing conduct.  Meanwhile,
4  despite repeated efforts by Plaintiff's representatives to resolve this matter amicably,
5  Pacifica demurred, thereby necessitating this lawsuit.

6  19. Following the events referenced above, it came to Plaintiff's attention
7  that Pacifica was also infringing on the remaining 27 images of the 43 Photos
8  featuring the Encinitas, Chula Vista, San Diego, Burlingame and Sterling locations
9  (Second Set)—all despite Plaintiff's notifications and attempts to settle its dispute
10  regarding the First Set.

11  20. Meanwhile, to this day, Pacifica continues to willfully infringe
12  Plaintiff's Photos.  For example, as of the filing of this Complaint, Pacifica was still
13  making active commercial use of Plaintiff's Photos in advertising at the
14  URLs https://www.pacificaseniorlivingsterling.com/senior-
15  living/va/sterling/photo-gallery and https://www.pacificaseniorliving.com/find-
16  your-
17  community#/locations?sortBy=state_then_city&state=CA&city=&searchRadius=2
18  0. True and correct screencaptures illustrating the continuing infringing activity by
19  Pacifica are attached as Exhibit C.

20  21. At all relevant times, therefore, Pacifica clearly knew of the need for
21  proper licensing of the Photos, failed to obtain proper authorization for the uses
22  detailed herein and continued its infringement after receiving specific notice about
23  its infringement conduct, making its infringement of the Photos unmistakably
24  willful.

25  22. On information and belief, Pacifica has garnered attention for its
26  Fresno, Sun City, Encinitas, Chula Vista, Rancho Penasquitos, Burlingame and
27  Sterling locations by featuring the Photos on its website.  The Photos, which
28  highlight the on-site services, amenities, and sense of community Pacifica provides,

undoubtedly played a role in convincing prospective senior living residents and their families to choose Pacifica over competitor senior living communities. Among other things, this attention has translated into substantial ill-gotten commercial advantage and revenue generation for Pacifica, including but not limited to, revenue generated through housing fees, as a direct consequence of its infringing actions.

23. Although Plaintiff has repeatedly attempted to resolve this issue short of litigation, Pacifica has ignored multiple different attempts by Plaintiff to do so. As a result, Plaintiff has been left with no choice but to file suit to protect his basic intellectual property rights.

24. As a result of its (at least 43) willful acts of copyright infringement detailed herein, Defendants face statutory damages of (at least) up to $6,450,000 for their unlawful actions.

### FIRST CLAIM FOR RELIEF
### (Copyright Infringement, 17 U.S.C. § 501)

25. Plaintiff incorporates herein by reference the allegations in paragraphs 1 through 24 above.

26. Plaintiff owns all copyrights in and to the Photos, which substantially consist of wholly original material that constitutes copyrightable subject matter under the laws of the United States.

27. Plaintiff has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights, and the Photos have all been timely registered with the United States Copyright Office.

28. Defendants have directly, contributorily, and/or vicariously infringed, and unless enjoined, will continue to infringe, Plaintiff's copyrights by reproducing, distributing, public displaying, and utilizing the Photos for purposes of trade in violation of 17 U.S.C. § 501 *et seq.*

29. Defendants have also knowingly induced, caused, or materially contributed to the infringing conduct of third parties and/or have obtained a direct

financial benefit therefrom while possessing the right and ability to control the infringing conduct of third parties.

30. Defendants' actions are and have been willful and in wanton disregard of Plaintiff's rights.

31. On information and belief, Defendants, despite such knowledge, willfully reproduced, distributed, and publicly displayed the Photos on Pacifica Websites.

32. Defendants have received substantial benefits in connection with the unauthorized reproduction, distribution, display, and utilization of the Photos for purposes of trade, including garnering the attention of prospective senior living residents and their families over competitor senior living communities, thereby generating revenue for Defendants through, among other things, housing fees.

33. The actions of Defendants are and were without the permission, license, or consent of Plaintiff.

34. The wrongful acts of Defendants have caused, and are causing, great injury to Plaintiff, of which damages cannot be accurately computed, and unless this Court restrains Defendants from further and continuing commission of said acts, Plaintiff will suffer irreparable injury, for all of which he is without an adequate remedy at law. Accordingly, Plaintiff seeks a declaration that Defendants are infringing his copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Plaintiff's copyrights.

35. As a result of the acts of Defendants alleged herein, Plaintiff has suffered, and is suffering, substantial damage to his business in the form of loss of profits, injury to goodwill and reputation, and the dilution of the value of his rights, all of which are not yet fully ascertainable.

36. Plaintiff is entitled to actual or statutory damages, at his election, in an amount to be proven at trial for the infringement of the Photos. Pursuant to 17 U.S.C. § 505, Plaintiff is also entitled to his attorneys' fees in prosecuting this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1. For an order permanently enjoining Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all persons in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any image or design which infringe, contributorily infringe, or vicariously infringe Plaintiff's rights in the photographs at issue.

2. For the entry of a seizure order directing the U.S. Marshal to seize and impound all items possessed, owned or under the control of Defendants, their officers, agents, servants, employees, representatives and attorneys, and all persons in active concert or participation with them, which infringe upon Plaintiff's copyrights, including but not limited to any and all broadcasting materials, advertising materials, print media, signs, Internet web sites, domain names, computer hard drives, servers or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff's copyrights in the photographs at issue as well as all business records related thereto, including, but not limited to, lists of advertisers, clients, customers, viewers, distributors, invoices, catalogs, and the like.

3. For actual damages and disgorgement of all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by him by reason of Defendants' acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

4. For an accounting of all profits, income, receipts, or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or

hereafter devised, that improperly or unlawfully infringe upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

5. For costs and interest pursuant to 17 U.S.C. §§ 504 (a)(1) & (b) and 17 U.S.C. § 505.

6. For reasonable attorneys' fees incurred herein pursuant to 17 U.S.C. § 505.

7. For any such other and further relief as the Court may deem just and appropriate.

Dated: September 27, 2022        **ONE LLP**

By: */s/John Tehranian*
John Tehranian
Chris Skinner
Alec Schulman
**ONE LLP**
23 Corporate Plaza
Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2876
Facsimile: (949) 258-5081

*Attorneys for Plaintiff,*
Scott Hargis, d/b/a/ Scott Hargis Photo

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury of all issues so triable under the law.

Dated: September 27, 2022  **ONE LLP**

By: */s/John Tehranian*
John Tehranian
Chris Skinner
Alec Schulman
**ONE LLP**
23 Corporate Plaza
Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2876
Facsimile: (949) 258-5081

*Attorneys for Plaintiff,*
Scott Hargis, d/b/a/ Scott Hargis Photo