John Tehranian (Bar No. 211616)
jtehranian@onellp.com
Christopher S. Skinner (Bar No. 342830)
cskinner@onellp.com
**ONE LLP**
23 Corporate Plaza
Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Plaintiff,*
Scott Hargis, d/b/a Scott Hargis Photo

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SCOTT HARGIS, d/b/a SCOTT HARGIS PHOTO, an individual,

Plaintiff,

v.

PACIFICA SENIOR LIVING MANAGEMENT, LLC, a California limited liability corporation; and DOES 1-10, inclusive

Defendants.

Case No.: 2:22-cv-06989-MCS-PD
Hon. Mark C. Scarsi

**DECLARTION OF SCOTT HARGIS IN SUPPORT OF PLAINTIFF SCOTT HARGIS, D/B/A SCOTT HARGIS PHOTO'S MOTION FOR SUMMARY JUDGMENT**

# DECLARATION OF SCOTT HARGIS

I, Scott Hargis, declare as follows:

1. I am the Plaintiff in this matter and make this declaration based on my personal and firsthand knowledge. If called and sworn as a witness, I could and would testify competently hereto.

2. I am a widely recognized architectural photographer based in Oakland, CA and my photographs have appeared in numerous publications, including *This Old House*, *Luxe Magazine*, *Dwell*, *The New York Times*, *The Wall Street Journal*, *Oakland Magazine*, *San Francisco Magazine*, *Diablo Magazine*, *Better Homes & Gardens*, *The San Francisco Chronicle*, and *The Los Angeles Times*.

3. I employ traditional photographing techniques that require minimal retouching and produce images that capture the authenticity of the structures photographed, distinguishing myself from the larger architecture community. The particularity of my photography style makes me highly sought after, and allows me to command substantial fees for his services.

4. I am the author of the acclaimed book "The Essential Guide To Lighting Interiors."

5. I am frequently commissioned to travel throughout North America and the world on assignment.

6. Between May 2014 and May 2019, Atria Senior Living asked me to create photographs (the "Photo[s]") of its Burlingame, Fresno, Sterling, Sun City, Chula Vista, Encinitas, and San Diego (Rancho Penasquitos) communities, which it then licensed for its own strictly limited use. Attached hereto as **Exhibit A** are true and correct copies of the Photos.

7. In creating the Photos, I alone shot and fixated the images and, in the process, made numerous creative decisions intended to inform and entice potential Atria customers, including with respect to how the photographs were framed and

staged, the lighting and coloring, and the choice of background and props.

8. Upon creating the Photos at each community, I provided them to Atria via email in one of two ways—(1) sending them personally; or (2) causing WeTransfer (wetransfer.com) to send the Photos. True and correct copies of the emails sending the Photos to Atria (between 2014 and 2019) are attached hereto as **Exhibit B**.

9. I retained sole ownership in the copyrights to the Photos, and I granted Atria limited licenses to use the Photos in connection with the publication and display in connection with certain media. The scope of the licenses granted to Atria were embodied in the invoices, which stated: "License is not transferable. Third-party usage except as defined above, is not granted with this license." Attached hereto as **Exhibit C** are true and correct copies of the invoices containing the non-exclusive and non-transferable licenses.

10. On or around February 20, and September 12, 2019, ImageRights International, Inc. registered the Photos with the United States Copyright Office on my behalf.

11. My copyright ownership information is also reflected in the metadata embedded with the digital files, providing a copyright notice "(c) 2018 Scott Hargis Photo" and identifying me as the author of the Photo.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of May, 2023 at Oakland, California

By: Scott Hargis
Scott Hargis (May 26, 2023 13:02 PDT)
Scott Hargis