# EXHIBIT C

**Subject:** ImageRights Copyright Infringement Claim Notification. Case #106901
**From:** Joseph Naylor <irlc@imagerights.com>
**Date:** 03/30/2021 05:19 PM
**To:** pacificasocial@gmail.com
**CC:** ImageRights Case 106901 <msg.u18831.c106901.a3fe6ca8d@system.imagerights.com>

Attn: Pacifica Senior Living Management, LLC,

ImageRights International (www.imagerights.com), is a copyright and licensing agent to professional photographers, photo agencies, media companies and publishers who discover unlicensed uses of their works. Scott Hargis's copyrighted images (Image IDs: "hargis_180613_7290", "hargis_180621_7972", "hargis_180621_7835", "hargis_180621_8040", "hargis_180621_7829", "hargis_180613_7353", "hargis_180613_7336", "hargis_180613_7369", "hargis_180613_7207", "hargis_180613_7306", "hargis_180613_7276", "hargis_180621_7948", "hargis_180621_7914", "hargis_180613_7239", "hargis_180621_8014", and "hargis_180621_7874") were discovered on the website www.pacificamenifee.com for which there is no record of a license. If the images were licensed under an alternate company name (dba) or in the name of a third party, please reply to this email with information on the sales order, invoice or other pertinent licensing information.

**However, if a valid license for this use of the images does not exist, a fee of US$ 32,000.00 is required to resolve this matter.**

Please understand that we are acutely aware of the impact that COVID-19 is having for all businesses and their employees. Our clients are enduring these same hardships, so we must continue to serve them the best we can while being mindful of current realities. As such, we will do our best to work with you and Scott Hargis to find a resolution that is acceptable to you both.

As the site is under your control and direction, you are liable for any unlicensed use of the work therein, including cases in which a website designer, employee or intern is responsible for the inclusion of these images on your website. If your use of these images without a license was unintentional, for example if the images were found on the Internet and believed to be available for free use, it is still in violation of copyright law (Title 17 of the US Copyright Act) and ceasing use of the images now will not release you or your organization from liability in this regard.

To resolve this matter, please follow these steps:

1. Review the case documentation, including a screen shot of the infringed image(s) displayed on your website, at https://www.imagerights.com/to/9c98c2eafee86800. Your Case Access Code is 114372-109601-233830.

2. Once you have reviewed the documentation, confirmed that a valid license for this use is not in place, and reviewed the Settlement and Release Agreement, then please select Request Invoice to Resolve Claim.

3. Once you have removed the infringing uses of the image(s) from your website, please confirm by replying to this email.

If you would like to speak with one of our ImageRights License Compliance Specialists regarding this matter, please email us at irlc@imagerights.com or call (617) 356-1814 and ask for Gina Bringman. Alternatively, please provide the contact information for the appropriate person to whom we should address this matter, if someone other than you.

IN ALL COMMUNICATIONS WITH IMAGERIGHTS, PLEASE INCLUDE YOUR CASE NUMBER IN THE SUBJECT LINE OF THE EMAIL. **YOUR CASE NUMBER IS CAS-106901.**

This mail is for settlement purposes only and is issued without prejudice to any rights or remedies available to ImageRights and Scott Hargis, all of which are expressly reserved.

Sincerely,

Joseph Naylor
President & CEO

**ImageRights International, Inc.**
Ten Post Office Square
Suite 800 South
Boston, MA 02109
https://www.imagerights.com

Direct: (617) 356-1814
International Toll-Free: (877) 455-3084

This email is for settlement purposes only and is without prejudice to any rights or remedies available to ImageRights or the copyright holder, all of which are expressly reserved.

Any attached files are intended solely for the use of the individual or entity to which this mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any use, disclosure, copying or distribution of this e-mail or the attached files by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail and delete this e-mail and attached files from your system. Thank you.