# EXHIBIT A

**Subject:** Re: CAS-106901
**From:** Gina Bringman <gina.bringman@imagerights.com>
**Date:** 04/19/2021 04:36 PM
**To:** Brian Nord <bnord@pacificacompanies.com>
**CC:** "msg.u18831.c106901.a3fe6ca8d@system.imagerights.com" <msg.u18831.c106901.a3fe6ca8d@system.imagerights.com>

Brian,

Thank you again for your email and call. We have reviewed with our client the information you provided. I understand that there has been a change in ownership and that Atria Heritage no longer owns the facility managed by Pacifica Senior Living Management. However, the images were not included in the sale. Therefore the use of the images on https://www.pacificaseniorlivingfresno.com and https://www.pacificamenifee.com are not authorized. Please see the attached invoice between our client and Atria Heritage. Please note the highlighted section at the bottom:

"License is not transferable."

This matter remains a copyright infringement. Resolution of this matter includes both removal of the infringing imagery and payment of the $32,000 fee for the prior unauthorized use.

Please review the case profile to view:

• The imagery in question and where it was publicly displayed.
• The letter of authorization from our client to pursue this matter.
• Settlement and Release Agreement
• An invoice for the prior unauthorized use of the image.
• Payment options.

Case Profile: https://www.imagerights.com/resolve/114372-109601-233830

We will continue to pursue this matter during the course of our business until it is resolved which may include escalation. However, it remains our intent to work with you to settle this matter amicably.

Sincerely,

Gina Bringman
License Compliance Specialist
gina.bringman@imagerights.com
Direct: (617) 356-1814
ImageRights Main: 617-505-1572

---

https://www.imagerights.com

—image002.png—

ACCREDITED

---

This email is for settlement purposes only and is without prejudice to any rights or remedies available to ImageRights or the copyright holder, all of which are expressly reserved. Any attached files are intended solely for the use of the individual or entity to which this mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any use, disclosure, copying or distribution of this e-mail or the attached files by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail and delete this e-mail and attached files from your system. Thank you.

---

On Apr 13, 2021, at 3:25 PM, Brian Nord <bnord@pacificacompanies.com> wrote:

Give me a call tomorrow at my number listed in my signature.

Thanks,

**Brian Nord**
Insurance and Claims Administrator
1775 Hancock St. Suite 200
San Diego CA 92110
**T** 619.296.9000 x. 133
bnord@pacificacompanies.com | Pacifica Companies

<image001.jpg>

---

**From:** Lucie Pacifica <luciebarrypunches@gmail.com>
**Sent:** Tuesday, April 13, 2021 2:21 PM
**To:** Gina Bringman <gina.bringman@imagerights.com>; Brian Nord <bnord@pacificacompanies.com>
**Cc:** msg.u18831.c106901.a3fe6ca8d@system.imagerights.com
**Subject:** Re: CAS-106901

Brian, please see below.

On Apr 13, 2021, at 2:07 PM, Gina Bringman <gina.bringman@imagerights.com> wrote:

Hello Pacifica,

I believe I have received to incoming calls from your organization regarding ImageRights case 106901. I'm afraid I was out of the office and missed them. Please provide a callback number and extension and I will be happy to return your call tomorrow. Otherwise, you can respond to this email.

Please refer to case 106901 when calling.

Thank you for your call.

Sincerely,

Gina Bringman
License Compliance Specialist
gina.bringman@imagerights.com
Direct: (617) 356-1814
ImageRights Main: 617-505-1572

<PastedGraphic-2.tiff>

https://www.imagerights.com

<image002.png>

This email is for settlement purposes only and is without prejudice to any rights or remedies available to ImageRights or the copyright holder, all of which are expressly reserved.
Any attached files are intended solely for the use of the individual or entity to which this mail is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any use, disclosure, copying or distribution of this e-mail or the attached files by anyone other than the intended recipient is strictly prohibited. If you have received this e-mail in error, please notify the sender by reply e-mail and delete this e-mail and attached files from your system. Thank you.