John Tehranian (Bar No. 211616)
jtehranian@onellp.com
Taylor C. Foss (Bar No. 253486)
tfoss@onellp.com
Leo M. Lichtman (Bar No. 335779)
llichtman@onellp.com
Christopher S. Skinner (Bar No. 342830)
cskinner@onellp.com
**ONE LLP**
23 Corporate Plaza Suite
Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Plaintiff*, Scott Hargis, d/b/a Scott Hargis Photo

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SCOTT HARGIS, d/b/a SCOTT HARGIS PHOTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICA SENIOR LIVING MANAGEMENT, LLC, a California limited liability corporation; and DOES 1-10, inclusive<br><br>Defendants. | Case No.: 2:22-cv-06989-MCS-PD<br>Hon. Mark C. Scarsi<br><br>**NOTICE OF MOTION AND MOTION FOR PARTIAL RECONSIDERATION OF SUMMARY JUDGMENT ORDER (DKT. 42)**<br><br>Hearing Date: December 18, 2023<br>Time: 9:00 a.m.<br>Courtroom: 7C |

**NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on December 18, 2023 at 9:00 a.m., or on an expedited basis pursuant to the concurrently-filed *ex parte* application for expedited briefing and hearing, or as soon thereafter as the matter may be heard by the Hon. Mark C. Scarsi in Courtroom 7C of the above-entitled Court, located at 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California 90012, Plaintiff Scott Hargis dba Hargis Photo ("Hargis" or "Plaintiff") will and hereby does move this Court, pursuant to Federal Rules of Civil Procedure 60, for partial reconsideration of the Court's August 2, 2023 Order Re: Parties' Cross Motions for Summary Judgment (Dkt. No. 42).

In an eleventh-hour production of documents, Defendant Pacifica Senior Living Management, LLC ("Pacifica" or "Defendant") has provided a "supplemental production" of documents consisting of emails and images related to Pacifica's possession of all forty-three (43) photographs on its websites after initiation of the lawsuit and spoliation of evidence related to those websites. Accordingly, pursuant to Rule 60(b), Hargis seeks relief from the Court's August 2, 2023 Order, specifically as it relates to a finding of willfulness on the part of Defendant as to all forty-three photographs used by Defendant.

The basis for this motion is that Hargis has discovered new evidence—upon the production of such evidence as previously withheld by Pacifica—and that evidence could not have been discovered earlier. FED. R. CIV. P. 60(b)(2). It remains to be seen why Pacifica or Pacifica's prior counsel withheld those documents. FED. R. CIV. P. 60(b)(3). Regardless, relief is justified. FED. R. CIV. P. 60(b)(6).

Further, Hargis seeks sanctions in the form of a jury instruction setting forth spoliation of evidence by Pacifica and permitting the jury to draw an adverse inference as to the evidence destroyed by Hargis.

**MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM ORDER**

This Motion is based on this Notice, the concurrently-filed Memorandum of Points and Authorities, Declaration of Taylor C. Foss and exhibits thereto, the moving papers and supporting documents for Hargis's motion for summary judgment (Dkt. Nos. 30, 31, 32, 38), the arguments of counsel at the hearing on this Motion, and all pleadings and papers on file in this action.

Pursuant to Local Rule 7-3, counsel for Hargis met and conferred with counsel for Pacifica on November 9, 2023 when Pacifica first revealed its forthcoming late production and on November 16, 2023 after Pacifica provided its late production of documents.

A [Proposed] Order is filed concurrently herewith.

Dated: November 16, 2023                    **ONE LLP**

By: */s/ Taylor C. Foss*
John Tehranian
Taylor C. Foss
Leo M. Lichtman
Christopher S. Skinner

*Attorneys for Plaintiff,*
Scott Hargis, d/b/a Scott Hargis Photo

2

**MEMORANDUM IN SUPPORT OF MOTION FOR RELIEF FROM ORDER**