# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 22-6989-MCS(PDx)** | Date | DECEMBER 5, 2023 |
| Title: | ***Scott Hargis v. Pacifica Senior Living Management LLC et al*** | | |

Present: The Honorable   MARK C. SCARSI, UNITED STATES DISTRICT COURT JUDGE PRESIDING

| Stephen Montes Kerr | Wil Wilcox |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Tehranian | Matthew A. Trejo |
| Christopher S. Skinner | Leo A. Bautista |
| Leo M. Lichtman | Matthew D. Taggart |
| Taylor C. Foss | |

_____ Day Court Trial     **1st (held and continued)**     Day Jury Trial

X   The Jury is impaneled and sworn.

X   Opening statements made by     PLAINTIFF'S AND DEFENDANTS

X   Witnesses called, sworn and testified.   X  Exhibits identified.   X  Exhibits admitted.

___   Plaintiff(s) rest.         ___ Defendant(s) rest.

___   Closing arguments made by ___ plaintiff(s) ___ defendant(s).   ___ Court instructs jury.

___   Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.

___   Jury Verdict in favor of ___ plaintiff(s) is read and filed   ___ defendant(s) is read and filed.

___   Jury polled.   ___ Polling waived.

___   Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.

___   Judgment by Court for _____   ___ plaintiff(s)   ___ defendant(s).

___   Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s)   ___ defendant(s).

___   Case submitted.   Briefs to be filed by _____

___   Motion to dismiss by _____   is   ___ granted.   ___ denied.   ___ submitted.

___   Motion for mistrial by _____   is   ___ granted.   ___ denied.   ___ submitted.

___   Motion for Judgment/Directed Verdict by _____   is   ___ granted.   ___ denied.   ___ submitted.

___   Settlement reached and placed on the record.

___   Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___   Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___   Trial subpoenaed documents returned to subpoenaing party.

X   Case continued to   DECEMBER 6, 2023 AT 9:00 A.M.   for further trial/further jury deliberation.

___   Other: _____

                                                                         4  :  31

                                                Initials of Deputy Clerk   YS FOR SMK

cc:  all parties of record