# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 22-6989-MCS(PDx)** | Date | DECEMBER 8, 2023 |
| Title: | *Scott Hargis v. Pacifica Senior Living Management LLC et al* | | |

Present: The Honorable   MARK C. SCARSI, UNITED STATES DISTRICT COURT JUDGE PRESIDING

| Wendy Hernandez (AM) / Twyla Freeman (PM) | Wil Wilcox |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Tehranian | Matthew A. Trejo |
| Christopher S. Skinner | Leo A. Bautista |
| Leo M. Lichtman | Matthew D. Taggart |
| Taylor C. Foss | |

|   | Day Court Trial | **4th (held and completed)** | **Day Jury Trial** |
|---|---|---|---|
|   | The Jury is impaneled and sworn. | | |
|   | Opening statements made by | | |
|   | Witnesses called, sworn and testified. | Exhibits identified. | Exhibits admitted. |
|   | Plaintiff(s) rest. | Defendant(s) rest. | |
| X | Closing arguments made by | X  plaintiff(s)    x  defendant(s). | X  Court instructs jury. |
| X | Bailiff(s) sworn. | X  Jury retires to deliberate. | Jury resumes deliberations. |
| X | Jury Verdict in favor of | X  plaintiff(s) is read and filed | defendant(s) is read and filed. |
|   | Jury polled. | X  Polling waived. | |
| X | Filed Witness & Exhibit Lists | X  Filed jury notes. | X  Filed jury instructions. |
|   | Judgment by Court for _____ | plaintiff(s) | defendant(s). |
|   | Findings, Conclusions of Law & Judgment to be prepared by | plaintiff(s) | defendant(s). |
|   | Case submitted.    Briefs to be filed by | | |
|   | Motion to dismiss by ____ is ____ granted. ____ denied. ____ submitted. | | |
|   | Motion for mistrial by ____ is ____ granted. ____ denied. ____ submitted. | | |
|   | Motion for Judgment/Directed Verdict by ____ is ____ granted. ____ denied. ____ submitted. | | |
|   | Settlement reached and placed on the record. | | |
| X | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings. | | |
| X | Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed. | | |
|   | Trial subpoenaed documents returned to subpoenaing party. | | |
|   | Case continued to ____ for further trial/further jury deliberation. | | |
| X | Other: The Court hears oral argument on Plaintiff and Defendant's Rule 50 motion. Jury instructions discussed. Plaintiff to submit a proposed judgment and a briefing schedule for post-trial motions within one week. | | |

|   |   | 4 : 04 |
|---|---|---|
|   | Initials of Deputy Clerk | tf |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

cc: all parties of record