# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Today's Date: 12/08/23

Time: 2:36 PM

SCOTT HARGIS,

    Plaintiff,

-v-

PACIFICA SENIOR LIVING MANAGEMENT LLC., ET AL.,

    Defendants.

Case No. **CV 22-6989-MCS(PDx)**

FILED
CLERK, U.S. DISTRICT COURT
DEC 1 5 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### JURY NOTE NUMBER # 1

**X**  THE JURY HAS REACHED AN UNANIMOUS VERDICT

___  THE JURY REQUESTS THE FOLLOWING:

SIGNED: **REDACTED**

FOREPERSON OF THE JURY