

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HARGIS, d/b/a SCOTT HARGIS PHOTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICA SENIOR LIVING MANAGEMENT, LLC, a California limited liability corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-06989-MCS-PD<br><br>**VERDICT FORM** |

1

# VERDICT FORM

We, the Jury, answer the questions submitted to us as follows:

# PART A

## DIRECT COPYRIGHT INFRINGEMENT

It has been established that Defendant infringed 43 photographs, 41 of which are owned by Plaintiff. With regard to Plaintiff's ownership of the remaining 2 photographs:

1. Did Plaintiff show by a preponderance of the evidence that "hargis_180622_8226" represents the same photograph as "Atria_Rancho_Penasquitos8226-2," for which Plaintiff holds a valid registration?

    YES _X_  NO ___

2. Did Plaintiff show by a preponderance of the evidence that he holds a registered copyright to the photograph "hargis_140509_6527"?

    YES ___  NO _X_

## NUMBER OF WORKS

3. Do you find that all of the photographs taken at a single property constitute one copyrighted "work," as Defendant contends?

    YES ___  NO _X_

*If you answer "YES" to Question 3, skip PART B and proceed to PART C, starting at page 9.*

*If you answer "NO" to Question 3 please, proceed directly to PART B below and ignore PART C.*

# PART B

**WILLFULNESS/INNOCENCE**

4. It has been established that Defendant infringed 5 of Plaintiff's photographs willfully. Did Plaintiff show by a preponderance of the evidence that Defendant infringed any of the other 38 photographs willfully?

    YES __X__ NO ____

*If you answer "YES" please proceed to Question 5.*

*If you answer "NO" please skip Question 5 and proceed directly to Question 6.*

5. In addition to the 5 photographs infringed willfully, how many of the other 38 photographs do you find that Defendant infringed willfully?

    __38__

6. For any photograph that was not infringed willfully, did Defendant show by a preponderance of the evidence that Defendant infringed any of the other 38 photographs innocently?

    YES ____ NO __X__

*If you answer "YES" please proceed to Question 7.*

*If you answer "NO" please skip Question 7 and proceed directly to Question 8.*

7. How many of the other 38 photographs, other than those willfully infringed, do you find that Defendant infringed innocently?

*Because an infringement cannot be both willful and innocent, your number should not include any photographs you found were infringed willfully. In other words, your number should not exceed the difference between 38 and your response to Question 5, if applicable*

## STATUTORY DAMAGES

*Please fill out the provided Table 1 starting on the next page, consistent with your answers to the following Questions.*

8. For infringement that is willful, what statutory damages do you award for <u>each</u> copyrighted work ($750 up to $150,000)?

    $150,000

9. For infringement that is not willful, but also not innocent, what statutory damages do you award for <u>each</u> copyrighted work ($750 - $30,000)?

    _____

10. For infringement that is innocent, what statutory damages do you award for <u>each</u> copyrighted work ($200 - $30,000)?

    _____

4

## Table 1

*Instructions:*

1. *For each photograph, indicate whether the infringement was willful by checking "Yes" or "No."*

2. *If you check "No" to willfulness, indicate whether the infringement was innocent by checking "Yes" or "No."*

3. *An infringement cannot be both willful and innocent, so you should only check "Yes" in one of the two columns.*

4. *At the same time, if you find that the infringement was neither willful nor innocent, you should check "No" in both columns.*

| | File name | Photo | Location | Did Plaintiff establish willful infringement for this Photo? (Yes or No) | If the infringement was not willful, did Defendant establish innocent infringement of this Photo? (Yes or No) |
|---|---|---|---|---|---|
| 1 | hargis_180613_7239 | | Fresno | Yes X  No ___ | Yes ___ No ___ |
| 2 | hargis_180613_7276 | | Fresno | Yes X  No ___ | Yes ___ No ___ |
| 3 | hargis_180613_7290: | | Fresno | Yes X  No ___ | Yes ___ No ___ |
| 4 | hargis_180613_7306 | | Fresno | Yes X  No ___ | Yes ___ No ___ |

| | File name | Photo | Location | Did Plaintiff establish willful infringement for this Photo? (Yes or No) | If the infringement was not willful, did Defendant establish innocent infringement of this Photo? (Yes or No) |
|---|---|---|---|---|---|
| 5 | hargis_180613_7336 | | Fresno | Yes X No ___ | Yes ___ No ___ |
| 6 | hargis_180613_7353 | | Fresno | Yes X No ___ | Yes ___ No ___ |
| 7 | hargis_180613_7369 | | Fresno | Yes X No ___ | Yes ___ No ___ |
| 8 | hargis_180613_7207 | | Fresno | Yes X No ___ | Yes ___ No ___ |
| 9 | hargis_180621_7829 | | Menifee | Yes X No ___ | Yes ___ No ___ |
| 10 | hargis_180621_7835 | | Menifee | Yes X No ___ | Yes ___ No ___ |
| 11 | hargis_180621_7874 | | Menifee | Yes X No ___ | Yes ___ No ___ |
| 12 | hargis_180621_7914 | | Menifee | Yes X No ___ | Yes ___ No ___ |
| 13 | hargis_180621_7948 | | Menifee | Yes Y No ___ | Yes ___ No ___ |

| | File name | Photo | Location | Did Plaintiff establish willful infringement for this Photo? (Yes or No) | If the infringement was not willful, did Defendant establish innocent infringement of this Photo? (Yes or No) |
|---|---|---|---|---|---|
| 14 | hargis_180621_7972 | | Menifee | Yes  X   No ___ | Yes ___  No  X |
| 15 | hargis_180621_8014 | | Menifee | Yes  X   No ___ | Yes ___  No  X |
| 16 | hargis_180621_8040 | | Menifee | Yes  X   No ___ | Yes ___  No  X |
| 17 | hargis_190510_0209 | | Bonita | Yes  X   No ___ | Yes ___  No  X |
| 18 | hargis_190510_0233 | | Bonita | Yes  X   No ___ | Yes ___  No  X |
| 19 | hargis_190510_0247 | | Bonita | Yes  X   No ___ | Yes ___  No  X |
| 20 | hargis_190510_0256 | | Bonita | Yes  X   No ___ | Yes ___  No  X |
| 21 | hargis_190510_0284 | | Bonita | Yes  X   No ___ | Yes ___  No  X |
| 22 | hargis_190510_0311 | | Bonita | Yes  X   No ___ | Yes ___  No  X |
| 23 | hargis_190510_0369 | | Bonita | Yes  X   No ___ | Yes ___  No  X |
| 24 | hargis_190624_1600 | | Encinitas | Yes  X   No ___ | Yes ___  No  X |

| | File name | Photo | Location | Did Plaintiff establish willful infringement for this Photo? (Yes or No) | If the infringement was not willful, did Defendant establish innocent infringement of this Photo? (Yes or No) |
|---|---|---|---|---|---|
| 25 | hargis_190624_1621 | | Encinitas | Yes _X_ No ___ | Yes ___ No _X_ |
| 26 | hargis_190624_1640 | | Encinitas | Yes _X_ No ___ | Yes ___ No _X_ |
| 27 | hargis_190624_1666 | | Encinitas | Yes _X_ No ___ | Yes ___ No _X_ |
| 28 | hargis_190624_1673 | | Encinitas | Yes _X_ No ___ | Yes ___ No _X_ |
| 29 | hargis_190624_1715 | | Encinitas | Yes _X_ No ___ | Yes ___ No _X_ |
| 30 | hargis_190624_1733 | | Encinitas | Yes _X_ No ___ | Yes ___ No _X_ |
| 31 | Atria_Rancho_Penasquitos8072 | | Rancho Penasquitos | Yes _X_ No ___ | Yes ___ No _X_ |
| 32 | Atria_Rancho_Penasquitos8090 | | Rancho Penasquitos | Yes _X_ No ___ | Yes ___ No _X_ |
| 33 | Atria_Rancho_Penasquitos8117 | | Rancho Penasquitos | Yes _X_ No ___ | Yes ___ No _X_ |

| | File name | Photo | Location | Did Plaintiff establish willful infringement for this Photo? (Yes or No) | If the infringement was not willful, did Defendant establish innocent infringement of this Photo? (Yes or No) |
|---|---|---|---|---|---|
| 34 | Atria_Rancho_Penasqsuitos8152 | | Rancho Penasquitos | Yes _X_ No ___ | Yes ___ No _X_ |
| 35 | Atria_Rancho_Penasquitos8206 | | Rancho Penasquitos | Yes _X_ No ___ | Yes ___ No _X_ |
| 36 | Atria_Rancho_Penasquitos8226-2 | | Rancho Penasquitos | Yes _X_ No ___ | Yes ___ No _X_ |
| 37 | hargis_180821_0424 | | Sterling | Yes _X_ No ___ | Yes ___ No _X_ |
| 38 | hargis_180821_0439 | | Sterling | Yes _X_ No ___ | Yes ___ No _X_ |
| 39 | hargis_180821_0470 | | Sterling | Yes _X_ No ___ | Yes ___ No _X_ |
| 40 | hargis_180821_0543 | | Sterling | Yes _X_ No ___ | Yes ___ No _X_ |
| 41 | hargis_180821_0579 | | Sterling | Yes _X_ No ___ | Yes ___ No _X_ |
| 42 | hargis_180821_0600 | | Sterling | Yes _X_ No ___ | Yes ___ No _X_ |
| 43 | hargis_140509_6527 | | Burlingame | Yes _X_ No ___ | Yes ___ No _X_ |

# PART C

*If you answered "YES" to Question 3, please, answer Questions 11 through 18 below.*

*If you answered "NO" to Question 3 and filled out PART B above, you have completed the verdict form. Do not answer any of the questions below.*

**WILLFULNESS/INNOCENCE**

<u>To answer questions 11 through 18 below, you may inspect the chart at Table 2 below which groups the photographs by copyrighted Works.</u>

11. It has been established that Defendant infringed 2 of Plaintiff's Works willfully, the Works known as the Sterling Photographs and the Rancho Penasquitos Photographs. Did Plaintiff show by a preponderance of the evidence that Defendant infringed any of the other 5 Works willfully?

    YES ____ NO ____

*If you answer "YES" please proceed to Question 12.*

*If you answer "NO" please skip Question 12 and proceed directly to Question 13.*

12. In addition to the 2 Works infringed willfully, what other Works do you find that Defendant infringed willfully?

*For each Work, answer "Yes" or "No"*

| **Works** | **Infringed Willfully?** | |
|---|---|---|
| Fresno Photographs | Yes ____ | No ____ |
| Menifee Photographs | Yes ____ | No ____ |
| Bonita Photographs | Yes ____ | No ____ |
| Encinitas Photographs | Yes ____ | No ____ |
| Burlingame Photographs | Yes ____ | No ____ |

10

13. For any Work that was not infringed willfully, did Defendant show by a preponderance of the evidence that Defendant infringed any of the Works innocently?

   YES ___   NO ___

*If you answer "YES" please proceed to Question 14.*

*If you answer "NO" please skip Questions 14 and 15 and proceed directly to Question 16.*

14. What Works do you find that Defendant infringed innocently?

*For each Work, answer "Yes" or "No." Because and infringement cannot be both willful and innocent, do not answer "Yes" for any Work you found was infringed willfully.*

| **Works** | **Infringed Innocently?** | |
|---|---|---|
| Fresno photographs | Yes ___ | No ___ |
| Menifee photographs | Yes ___ | No ___ |
| Bonita photographs | Yes ___ | No ___ |
| Encinitas photographs | Yes ___ | No ___ |
| Burlingame photographs | Yes ___ | No ___ |

15. How many of the Works, other than those willfully infringed, do you find that Defendant infringed innocently?

   _____

## STATUTORY DAMAGES

16. For infringement that is willful, what statutory damages do you award for <u>each</u> copyrighted work ($750 up to $150,000)?

    _____

17. For infringement that is not willful, but also not innocent, what statutory damages do you award for <u>each</u> copyrighted work ($750 - $30,000)?

    _____

18. For infringement that is innocent, what statutory damages do you award for <u>each</u> copyrighted work ($200 - $30,000)?

    _____

*Please check your answers to make sure you followed the instructions on this form, and then have the jury foreperson sign and date the verdict form.*

12/08/23
Date

REDACTED
Foreperson

## Table 2

| Copyrighted Work | File name | Photo | Location |
|---|---|---|---|
| Fresno Photographs | hargis_180613_7239 | | Fresno |
| Fresno Photographs | hargis_180613_7276 | | Fresno |
| Fresno Photographs | hargis_180613_7290 | | Fresno |
| Fresno Photographs | hargis_180613_7306 | | Fresno |
| Fresno Photographs | hargis_180613_7336 | | Fresno |
| Fresno Photographs | hargis_180613_7353 | | Fresno |
| Fresno Photographs | hargis_180613_7369 | | Fresno |
| Fresno Photographs | hargis_180613_7207 | | Fresno |
| Menifee Photographs | hargis_180621_7829 | | Menifee |

| Copyrighted Work | File name | Photo | Location |
|---|---|---|---|
| Menifee Photographs | hargis_180621_7835 | | Menifee |
| Menifee Photographs | hargis_180621_7874 | | Menifee |
| Menifee Photographs | hargis_180621_7914 | | Menifee |
| Menifee Photographs | hargis_180621_7948 | | Menifee |
| Menifee Photographs | hargis_180621_7972 | | Menifee |
| Menifee Photographs | hargis_180621_8014 | | Menifee |
| Menifee Photographs | hargis_180621_8040 | | Menifee |
| Bonita Photographs | hargis_190510_0209 | | Bonita |
| Bonita Photographs | hargis_190510_0233 | | Bonita |
| Bonita Photographs | hargis_190510_0247 | | Bonita |
| Bonita Photographs | hargis_190510_0256 | | Bonita |
| Bonita Photographs | hargis_190510_0284 | | Bonita |

| Copyrighted Work | File name | Photo | Location |
|---|---|---|---|
| Bonita Photographs | hargis_190510_0311 | | Bonita |
| Bonita Photographs | hargis_190510_0369 | | Bonita |
| Encinitas Photographs | hargis_190624_1600 | | Encinitas |
| Encinitas Photographs | hargis_190624_1621 | | Encinitas |
| Encinitas Photographs | hargis_190624_1640 | | Encinitas |
| Encinitas Photographs | hargis_190624_1666 | | Encinitas |
| Encinitas Photographs | hargis_190624_1673 | | Encinitas |
| Encinitas Photographs | hargis_190624_1715 | | Encinitas |
| Encinitas Photographs | hargis_190624_1733 | | Encinitas |
| Rancho Penasquitos Photographs | Atria_Rancho_Penasquitos8072 | | Rancho Penasquitos |
| Rancho Penasquitos Photographs | Atria_Rancho_Penasquitos8090 | | Rancho Penasquitos |

| Copyrighted Work | File name | Photo | Location |
|---|---|---|---|
| Rancho Penasquitos Photographs | Atria_Rancho_Penasquitos8117 | | Rancho Penasquitos |
| Rancho Penasquitos Photographs | Atria_Rancho_Penasqsuitos8152 | | Rancho Penasquitos |
| Rancho Penasquitos Photographs | Atria_Rancho_Penasquitos8206 | | Rancho Penasquitos |
| Rancho Penasquitos Photographs | Atria_Rancho_Penasquitos8226-2 | | Rancho Penasquitos |
| Sterling Photographs | hargis_180821_0424 | | Sterling |
| Sterling Photographs | hargis_180821_0439 | | Sterling |
| Sterling Photographs | hargis_180821_0470 | | Sterling |
| Sterling Photographs | hargis_180821_0543 | | Sterling |
| Sterling Photographs | hargis_180821_0579 | | Sterling |
| Sterling Photographs | hargis_180821_0600 | | Sterling |
| Burlingame Photographs | hargis_140509_6527 | | Burlingame |