UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:22-cv-06989-MCS-PD | Date January 5, 2024 |
| Title *Hargis v. Pacifica Senior Living Management, LLC, et al.* | |

Present: The Honorable Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DEFERRING ENTRY OF JUDGMENT AND ORDERING PLAINTIFF TO SUBMIT BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS

On the last day of trial, the Court instructed Plaintiff to submit a proposed judgment and a briefing schedule for post-trial motions within one week. (Minutes, ECF No. 98.) Plaintiff filed a Notice of Lodging attaching the proposed judgment three days later. (Proposed Judgment, ECF No. 99.) Defendant objected, requesting that the Court postpone entering judgment until post-trial motions have been ruled on. (Objection, ECF No. 100.) Neither party has proposed a briefing schedule for post-trial motions.

On the last day of trial, the Court informed the parties it would adjudicate Defendant's defense of estoppel in a post-trial motion to the extent Defendant wished to bring it. Because no post-trial motions have been made, it is unclear whether Defendant intends to continue asserting it. Therefore, the Court defers entry of judgment until post-trial briefing has been completed. *See Juno Therapeutics, Inc. v. Kite Pharma, Inc.*, No. 2:17-cv-07639-SJO-KS, 2020 U.S. Dist. LEXIS 82972, at *8 (C.D. Cal. Jan. 7, 2020) (noting dearth of "authority stating that a district court may not set a briefing schedule [for post-trial motions] *within* the statutory deadlines"—i.e., before entry of judgment).

The Court orders Plaintiff to submit a jointly proposed post-trial briefing schedule within one week of this Order.

**IT IS SO ORDERED.**