JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HARGIS, d/b/a SCOTT HARGIS PHOTO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICA SENIOR LIVING MANAGEMENT, LLC, a California limited liability corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-06989-MCS-PD<br>Hon. Mark C. Scarsi<br><br><br><br>**JUDGMENT** |

JUDGMENT

The Court called this action for trial on December 5, 2023, which continued through December 8, 2023, in Courtroom 7C of the United States District Court, the Honorable Mark C. Scarsi presiding.

In accordance with the jury verdict in this case, and the Court's prior findings, IT IS ORDERED, ADJUDGED, AND DECREED that Judgment be entered against Defendant Pacifica Senior Living, LLC ("Defendant") and in favor of Plaintiff Scott Hargis d/b/a Scott Hargis Photo ("Plaintiff"). Defendant shall pay $150,000 in statutory damages for each of the 42 copyrighted works determined to be owned by Plaintiff and willfully infringed by Defendant, totaling $6,300,000 in statutory damages. Plaintiff shall have and recover from Defendant that sum of $6,300,000, plus post-judgment interest under 28 U.S.C. § 1961 accruing the day judgment is entered up until the date judgment is satisfied. Such amount excludes Plaintiff's attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 7, 2024

By: _____
Hon. Mark C. Scarsi
United States District Judge