### *Hargis v. Pacific Senior Living Management, LLC*
### Case No. 2:22-cv-06989-MCS-PD
### FEE CHART

| Task & Date | Attorney | Hours | Rate | Fee |
|---|---|---|---|---|
| 10/16/2024 Prepare for and participate in meet and confer with M. Taggart; follow up emails | Skinner | 1.90 | $495 | $940.50 |
| 10/18/2024 Prepare new discovery dispute email; research case law to support positions in discovery dispute; gather exhibits in support of discovery dispute; circulate discovery dispute email to legal team for review and revisions. | Skinner | 5.20 | $495 | $2,574.50 |
| 10/21/2024 Finalize proposed discovery dispute email to Judge Donahue | Skinner | 3.20 | $495 | $1,584.00 |
| 11/18/24 Research re joint stipulation; begin drafting joint stipulation ISO mtn to compel; strategize with legal team re joint stipulation; review discovery to determine scope of RFPs. | Skinner | 6.90 | $495 | $3,415.50 |
| 11/18/24 Confer with C. Skinner regarding motion to compel hearing and strategy; confer with C. Skinner regarding results of hearing, briefing on ACP claim to fees payment issue, fees motion | Tehranian | 0.40 | $795 | $318.00 |
| 11/19/24 Draft and finalize joint stipulation re attorneys' fees documents. | Skinner | 7.80 | $495 | $3,861.00 |
| 11/19/24 Confer with C. Skinner regarding motion to compel joint stipulation; review and analyze same; revise same and draft notes to C. Skinner regarding same | Tehranian | 1.10 | $795 | $874.50 |
| 11/22/2024 Work on attorneys' fees issue; emails with client; research further case law to use in supplemental brief. | Skinner | 2.60 | $495 | $1,287.00 |
| 12/5/2024 Outline and research supplemental briefing | Mulvey | 1.00 | $495 | $495.00 |

| Task & Date | Attorney | Hours | Rate | Fee |
|---|---|---|---|---|
| 12/6/24 Review T. Mulvey draft of supplemental brief re attorneys' fees; emails with legal team re. same; research on legal issues raised by opposing counsel in their brief; revise draft supplemental brief; circulate updated draft brief to legal team for review and revisions. | Skinner | 5.20 | $495 | $2,574.00 |
| 12/6/2024 Draft supplemental briefing, correspondence with team re: same | Mulvey | 0.80 | $495 | $396.00 |
| 12/9/2024 Draft supplemental brief, conference with CS regarding the same | Mulvey | 5.40 | $495 | $2,673.00 |
| 12/10/2024 Review and revise supplemental briefing | Mulvey | 0.40 | $495 | $198.00 |
| 12/12/2024 Revise supplement response; draft comments with respect to same; confer with litigation team regarding same; review and analyze case law regarding alter ego pursuits in post-judgment discovery; confer with litigation team regarding same, finalization of brief and filing. | Tehranian | 1.50 | $795 | $1,192.50 |
| 12/12/2024 Review redlines to supplemental briefing, correspondence with TF re: same. | Mulvey | 0.50 | $495 | $247.50 |
| 3/17/2025 Review motion to compel order; strategize with legal team re application for attorneys' fees and costs; outline draft application; begin researching substantial justification standard. | Skinner | 3.20 | $595 | $1,904.00 |
| 3/17/2025 Finalize research on substantial justification standard; research authority on holding counsel liable jointly and severally for sanction. | Skinner | 2.30 | $595 | $1,368.50 |
| 3/18/2025 Draft application for attorneys' fees and costs. | Skinner | 7.20 | $595 | $4,284.00 |

| Task & Date | Attorney | Hours | Rate | Fee |
|---|---|---|---|---|
| 3/18/2025 review and analyze draft fees brief; revise same; draft notes regarding same; confer with C. Skinner regarding same. | Tehranian | 1.10 | $895 | $984.50 |
| 3/19/2025 Draft application for attorneys' fees and costs; collect exhibits; draft proposed order; draft notion of motion; draft Skinner and Tehranian Declarations. | Skinner | 8.10 | $595 | $4,819.50 |
| 3/19/2025 confer with C. Skinner regarding fees motion revisions, billing records and finalization | Tehranian | 0.20 | $895 | $179.00 |